UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Michael Espada
Cynthia Lorraine Espada

Write the full name of each plaintiff.

**20 CV 2139**

_____CV_____

(Include case number if one has been assigned)

-against-

Westchester County Timothy C. Idoni
mt. Vernon City Hall
Former Comptroller Maureen Walker
Former Mayor Richard Thomas See Attached

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

RECEIVED
SDNY PRO SE OFFICE
2020 MAR -9 AM 11: 32

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The 14th Amendment Procedural (due process )
Civil rights of privacy of the 5th amendment.

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
                    (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

*Robert*  *M*  *Espada*
First Name                Middle Initial        Last Name

*1904 Watercrest Circle*
Street Address

*Gwinnett Lawrenceville*        *Ga*        *30043*
County, City                              State              Zip Code

*347-592-8629*                *bmespada4u@gmail.com*
Telephone Number                      Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Timothy          C.      Idoni
First Name                    Last Name

Works in Record division   Notary
Current Job Title (or other identifying information)

110 Dr. Martin Luther King Jr. Blvd.
Current Work Address (or other address where defendant may be served)

Westchester   White Plains    NY        10601
County, City                 State      Zip Code

Defendant 2:    Maureen          Walker
First Name                    Last Name

Retired
Current Job Title (or other identifying information)

99  Shepard Ct
Current Work Address (or other address where defendant may be served)

Cobb County   ACworth.   Ga       30101
County, City               State      Zip Code

Defendant 3:    Former Mayor Richard   Thomas
First Name                    Last Name

Former mayor of mt.vernon
Current Job Title (or other identifying information)

77 Douglas Pl.
Current Work Address (or other address where defendant may be served)

Westcher   mt.Vernon    NY        10553
County, City             State      Zip Code

Page 4

Defendant 4: Stephanie Vanderpool
First Name          Last Name

Assessor for mt.vernon City Hall
Current Job Title (or other identifying information)

1 Roosevelt Square N.
Current Work Address (or other address where defendant may be served)

Westchester County Mt. Vernon ,Ny 10550
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 1 Roosevelt Square N. Mt. Vernon Ny 10550

Date(s) of occurrence: 11/16/2012 , 3/17/2016 , 11/30/2012
Recording Date

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Grandmother Nellie Espada passed in 2003. In 2011 the city of mt.vernon claimed the property taxes were behind and maureen Walker Foreclosed on the property. On 11/16/2012 Maureen Walker Did a Warranty Deed and took the property without the family Knowledge. The property was placed into the City of Mt.vernon and couldn't sell because it was missing document, on 3/17/2016 Richard Thomas Created a Quit claim Deed and Sold the property to Jairo & Andreia Moreira for $51.00 to avoid probate & State from being involved. Someone in the Tax Assessor office Transferred The Taxes from Nellie Espada to Jairo & Andreira Moreira

Page 5

Which Stephanie Vanderpool is the head of the office and she is balances & checks to make sure everything is valid. Timothy C. Landicodni of Recorders office Stamped an incorrect County Recording & endorsement page. We are mentally abused and emotionally abused because of the procedures

(1.) There is no proof of affividavit of Death form

(2.) There is no proof of Preliminary change of ownership form.

(3.) The family have no notices showing first day of delinquency

**INJURIES:**

~~If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.~~

4. There is no Affidavit of due dilligence Search for Heirs.
5. No proof of public auction showing property for sale. in march.
6. No authorization from probate or State authorizing sale.
7. Using the wrong type of document to transfer property and no knowledge of money from sale.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like the court to order a investigation in mt. Vernon City Hall Regarding the property transfers procedure and the type of documents used on deceased properties and elderly people Residence & business. I am seeking the maximum of $375.000 Per year the property was illegually taken - from 11-16-2012 - 12-26-2019

We would like a judgement if money is not available in the defendents properties. & bank accounts.

Page 6

Defendants of corporation

Mt.Vernon City Hall

Maureen walker former comptroller

Richard Thomas former Mayor

Stephanie Vanderpool  head person for tax assesor Office

Nichelle a Johnson  corporate counsel city hall

Joyce Brown  head of law department

Joana H. Aggrey Notary

Stewart Title Company

Individual Defendants

Jairo Moreira

Andreira Moreira

Westchester County Land Records

Timothy C.Ldoni  Notary

2ND Plaintiff

Cynthia Lorraine Espada

1904 Watercrest Circle

Lawrenceville, Georgia 30043

Phone # 404-798-6938

Email: espadacynthia@gmail.com

In 2012 - 16th March Michelle A. Nicholson Removed My Grandfather Haldon Espada from the Deed. This was A Joint Deed with Haldon Espada & My Grandmother Nellie Espada whom Dred After Haldon Espada.

Jairo Moreira & Anderira Moreira Had been Chasing the Property since it was moved from the list of properties to sell. Jairo Moreira said He has somebody in City Hall that was going to Just give him the property because he couldnt get the title. Jairo kept coming to the Property harrassing Robert Espada who had know Idea What Jairo was talking about. & Jairo kept on coming to the property at 240 Garden ave Mt Vernon Ny 10553. The Marshall Has nothing In their System showing that someone was Served and No application was done for warrant eviction.

I Had several phone calls and a couple Of meetings and I was told that they are missing documents from the house & they dont see where the family was Properly notified and they are missing a title to show the Property transferring from the Espada family to the County. We strongly feel this was not an error and the Estate has been tampered with financially. We dont have information about any trust account that is holding the house as an Asset We feel very violated by The City of mt. vernon And Westchester County. This was clearly a probate matter. The City of mt. vernon Chose to take things in their own Hand.

The former mayor Richard Thomas should not be creating a Quitclaim Deed & signing it. He was the mayor not the Comptroller. He had no permission and no jurisdiction to do what he did. He needs to go to jail & be fined this is the 2nd Big case that he is involved with.

He was recently Guilty in a Grand larceny case. enough is enough and we want what is Rightfully ours. along with Compensation. Our family has been bullied.

Joyce Brown of the law department did nothing to help she only works part time & is at court Every day.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1/14/2020 | _Cynthia Corraine Espada_ |
| Dated | Plaintiff's Signature |
| Cynthia                    C | Espada |
| First Name        Middle Initial | Last Name |
| 1904 Watercrest Circle | |
| Street Address | |
| Gwinnett   Lawrenceville        Ga | 30043 |
| County, City                      State | Zip Code |
| 404-798-6938 | EspadaCynthia@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 1/14/2020 | | | *Robert M. Espada* |
|---|---|---|---|
| Dated | | | Plaintiff's Signature |
| Robert | m | | Espada |
| First Name | Middle Initial | | Last Name |
| 1904 Watercrest Circle | | | |
| Street Address | | | |
| Gwinnett  Lawrenceville | | Ga | 30043 |
| County, City | | State | Zip Code |
| 347-592-8629 | | | booespada44@gmail.com |
| Telephone Number | | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

### Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Espada Cynthia L
_____
Name (Last, First, MI)

1904 Watercrest Circle    Lawrenceville    Ga.    30043
_____
Address    City    State    Zip Code

404-798-6938    espadaCynthia@gmail.com
_____
Telephone Number    E-mail Address

2/18/2020    Cynthia Espada
_____
Date    Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

THIS DEED, made the 16th day of November, Two Thousand and Twelve between

**MAUREEN WALKER, as Comptroller of the City of Mount Vernon, New** York, with her principal office located at City Hall, Roosevelt Square, Mount Vernon, New York 10550,

**party of the first part** and the

**CITY OF MOUNT VERNON, NEW YORK,** a municipal corporation located at City Hall, Roosevelt Square, Mount Vernon, New York, 10550,

**party of the second part,**

WITNESSETH:

WHEREAS, an action entitled: "In the Matter of Foreclosure of tax liens pursuant to Chapter 783 of the Laws of 1974 and Article Eleven, Title Three of the Real Property Tax Law, by the City of Mount Vernon, New York – List of delinquent taxes as of December 12, 2011, consisting of One Volume", File number 16879/11 was duly brought in the Supreme Court of the County of Westchester, State of New York, by the **CITY OF MOUNT VERNON, NEW YORK,** for the foreclosure of certain tax liens by the due filing of a List of Delinquent Taxes in the office of the County Clerk of the County of Westchester, State of New York, on the 12th day of December, 2011 and by the due publication and posting of a public notice of foreclosure in due form and the due mailing thereof to owners of all property affected and all other interested persons in accordance with law; and

WHEREAS, at a Special Term of the said Supreme Court held at the County Courthouse in the said City of White Plains, New York, on the 21st day of September, 2012, a judgment was duly rendered, wherein it was among other things,

ORDERED, ADJUDGED AND DECREED by the said Court that the party of the first part, as Comptroller of the City of Mount Vernon, New York, should execute and deliver to the party of the second part a deed to the serial numbered parcels of land therein mentioned, hereinafter more particularly described; and

WHEREAS, the said judgment was duly entered in the Office of the County Clerk of Westchester on the 21st day of September, 2012,

NOW, THEREFORE, the party of the first part, by virtue of, and in pursuant of the aforesaid judgment, the amended judgment and the statutes in such cases made and provided does hereby grant and convey unto the party of the second part, its successors and assigns, a full and complete title in fee simple in and to the following property all of which are situate in the City of Mount Vernon, County of Westchester and State of New York:

### See Schedule "A" Attached

SAID premises are more particularly known as: **440 Garden Avenue, Mt. Vernon, NY**

Assessment Map of the
City of Mount Vernon

| Serial No. | Map # | Block | Lot |
|---|---|---|---|
| 85 | 169.33 | 4071 | 9 |

TOGETHER with any and all right, title and interest of the respective owners of the various parcels described herein, in and to any land lying in the bed of a street, road   or avenue, open or proposed or private, in front of or adjoining said premises.

TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises.

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, its successors and assigns forever.

AND the party of the first part, in compliance of Section Thirteen of the Lien Law, hereby covenants that the party of the first part will receive the consideration for  this conveyance and will hold the right to receive such consideration as a trust fund to be applied for the purpose of paying the cost of the improvement and will apply the same   first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.



IN WITNESS WHEREOF, the party of the first part has duly executed this deed.

MAUREEN WALKER
COMPTROLLER OF THE CITY OF MOUNT
VERNON, NEW YORK

IN PRESENCE OF:

STATE OF NEW YORK        )
                              : SS.:

COUNTY OF WESTCHESTER  )

On this 16th day of November, 2012, before me, the undersigned, a notary public in and for said state, personally appeared MAUREEN WALKER, personally known to me or proved to me on the basis of satisfactory evidence to the be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on this instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

NOTARY PUBLIC

JOANA H. AGGREY
Notary Public, State of New York
No. 02AG6186297
Qualified in Westchester County
Commission Expires April 28, 2016

**RECORD AND RETURN TO:**

**NICHELLE A. JOHNSON
CORPORATION COUNSEL
CITY HALL**



The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.



*523193563DED0021*

# Westchester County Recording & Endorsement Page

## Submitter Information

| | | | |
|---|---|---|---|
| Name: | City of Mount Vernon - Law Department | Phone: | 914-665-2369 |
| Address 1: | 1 Roosevelt Square | Fax: | 914-665-9142 |
| Address 2: | Rm. 111 | Email: | JAggrey@cmvny.com |
| City/State/Zip: | Mount Vernon NY 10550 | Reference for Submitter: | IN REM 2011 C |

## Document Details

| | | |
|---|---|---|
| Control Number: **523193563** | Document Type: **Deed (DED)** | |
| Package ID: 2012103100085001001 | Document Page Count: **5** | Total Page Count: **6** |

## Parties

☐ Additional Parties on Continuation page

| 1st PARTY | | 2nd PARTY | |
|---|---|---|---|
| 1: MT VERNON CITY OF | - Other | 1: MT VERNON CITY OF | - Other |
| 2: | | 2: | |

## Property

☐ Additional Properties on Continuation page

| | | |
|---|---|---|
| Street Address: 440 GARDEN AVENUE | Tax Designation: 169.33-4071-09 | |
| City/Town: MOUNT VERNON | Village: | |

## Cross- References

☐ Additional Cross-Refs on Continuation page

| 1: | 2: | 3: | 4: |
|---|---|---|---|

## Supporting Documents

1: RP-5217    2: TP-584

### Recording Fees

| | |
|---|---|
| Statutory Recording Fee: | $40.00 |
| Page Fee: | $30.00 |
| Cross-Reference Fee: | $0.00 |
| Mortgage Affidavit Filing Fee: | $0.00 |
| RP-5217 Filing Fee: | $125.00 |
| TP-584 Filing Fee: | $5.00 |
| Total Recording Fees Paid: | **$200.00** |

### Mortgage Taxes

Document Date:

Mortgage Amount:

| | |
|---|---|
| Basic: | $0.00 |
| Westchester: | $0.00 |
| Additional: | $0.00 |
| MTA: | $0.00 |
| Special: | $0.00 |
| Yonkers: | $0.00 |
| Total Mortgage Tax: | **$0.00** |

### Transfer Taxes

| | |
|---|---|
| Consideration: | $0.00 |
| Transfer Tax: | $0.00 |
| Mansion Tax: | $0.00 |
| Transfer Tax Number: | 4397 |

Dwelling Type:                                    Exempt: ☐

Serial #:

### RECORDED IN THE OFFICE OF THE WESTCHESTER COUNTY CLERK

Recorded:         11/30/2012 at 11:08 AM

Control Number:   **523193563**

Witness my hand and official seal

*[signature]*

Timothy C. Idoni
Westchester County Clerk

### Record and Return To

☐ Pick-up at County Clerk's office

**Office of Corporation Counsel**
**City Hall - Law Department**
**1 Roosevelt Square, Rm. 111**
**Mount Vernon, NY 10550**
**Attn: Nichelle A. Johnson, Esq.**

*FAKE Deed*

Quitclaim Deed – Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE**, made the 17th day of March in the year 2016

**BETWEEN**

THE CITY OF MOUNT VERNON, a municipal corporation of the State of New York, having a principal office at One Roosevelt Square, Mount Vernon, NY 10550

party of the first part, and JAIRO MOREIRA and ANDREIA MOREIRA, husband and wife, residing at 48 N. 10th Avenue, Mt. Vernon, NY 10550

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of Fifty-One Thousand ($51,000.00) Dollars paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Mount Vernon, as more particularly described in SCHEDULE "A" attached hereto and made a part hereof.

**TOGETHER** with all right, title and interest, if any, of the party of the first part of, in and to any street and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

By: Richard Thomas, Mayor

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of Westchester, ss:

On the 16th day of March in the year 2016, before me, the undersigned, personally appeared Richard Thomas, Mayor of the City of Mount Vernon

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

THOMAS L. JOHNSTON
NOTARY PUBLIC, STATE OF NEW YORK
No. 02JO6221530
Qualified in Westchester County
My Commission Expires June 06, 2018

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of         , ss:
On the        day of        in the year        , before me, the undersigned, a Notary Public in and for said State, personally appeared         , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

State of New York, County of         , ss:

On the        day of        in the year        , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of         , County of         , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the        day of        in the year        , before me        the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

# Quitclaim Deed

**Title No.**

SECTION: 169.33

BLOCK: 4071

LOT: 9

COUNTY OR TOWN: Westchester

### CITY OF MOUNT VERNON
### TO
### MOREIRA

DISTRIBUTED BY

YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC

RETURN BY MAIL TO:

TROY BLOMBERG, ESQ.
363 NORTH AVENUE
NEW ROCHELLE, NY 10801

# STEWART TITLE INSURANCE COMPANY

File No. SA-113911

## SCHEDULE A

ALL that certain plot, piece or parcel of land, situate, lying and being in the City of Mount Vernon, County of Westchester, and State of New York, designated as Lot Number 35 and the northerly 8 feet of Lot Number 37 Garden Avenue on a certain map entitled, "Map of Dunham Park Adjacent to Mount Vernon, New York", made by Richard W. Burrowes, Civil Engineer, September 6, 1887, and filed in the Office of the Register of Westchester County, now County Clerk's Office of Westchester County, Division of Land Records, November 16, 1887 in Volume 7 of Maps, at page 29, and as Map Number 1547, said plot when taken together being more particularly bounded and described as follows:

BEGINNING at a point on the westerly side of Garden Avenue, where the same is intersected by the dividing line between Lots 32 and 35 Garden Avenue, as shown on said map, said point of beginning being also distant southerly 475 feet, as measured along said side of Garden Avenue from its intersection with the southerly side of East Fifth Street;

RUNNING THENCE westerly along the last mentioned dividing line on a line drawn at right angles with Garden Avenue, a distance of 100 feet to the easterly side of Lot 36 Prospect Avenue, as shown on said map;

RUNNING THENCE southerly along the easterly side of Lot 36 and portion of Lot 38 Prospect Avenue, as shown on said map and on a line at right angles with the last mentioned line, a distance of 33 feet to a corner;

RUNNING THENCE easterly through Lot 37 Garden Avenue, and on a line at right angles with the last mentioned line, a distance of 100 feet to the westerly side of Garden Avenue aforesaid;

RUNNING THENCE northerly along the westerly side of Garden Avenue, a distance of 33 feet to the point or place of BEGINNING.

# 440 Garden Ave, Mount Vernon, NY 10553-2016, Westchester County

## Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | Moreira Jairo | Tax Billing Zip: | 10550 |
| Owner Name 2: | Moreira Andreia | Tax Billing Zip+4: | 1960 |
| Tax Billing Address: | 48 N 10th Ave | Owner Occupied: | No |
| Tax Billing City & State: | Mount Vernon, NY | | |

## Location Information

| | | | |
|---|---|---|---|
| City/Town: | Mount Vernon | Subdivision: | Dunham Park |
| School District: | Mount Vernon | Section: | 0800-169-00033 |
| Zip Code Property: | 10553 | Flood Zone Code: | X |
| Census Tract: | 34.00 | Flood Zone Panel: | 36119C0339F |
| Carrier Route: | C066 | Flood Zone Date: | 09/28/2007 |

## Tax Information

| | | | |
|---|---|---|---|
| SWIS: | 550800 | % Improved: | 44% |
| Block: | 4071 | APN : | 0800-169-033-04071-000-0009 |
| Lot: | 9 | Parcel ID: | 55080016903340710090000000 |

## Assessment & Tax

| Assessment Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Assessed Value - Total | $2,700 | $5,800 | $5,800 |
| Assessed Value - Land | $1,500 | $1,500 | $1,500 |
| Assessed Value - Improved | $1,200 | $4,300 | $4,300 |
| YOY Assessed Change ($) | -$3,100 | $0 | |
| YOY Assessed Change (%) | -53.45% | 0% | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2015 | $7,946 | | |
| 2016 | $8,261 | $315 | 3.96% |
| 2017 | $5,368 | -$2,893 | -35.02% |

## Characteristics

| | | | |
|---|---|---|---|
| Property Class: | Single Family Resid | Bedrooms: | MLS: 3 |
| Land Use -CoreLogic: | SFR | Full Baths: | MLS: 1 |
| Lot Acres: | 0.0763 | MLS Total Baths: | 1 |
| Lot St Ft: | 3,324 | Year Built: | MLS: 1920 |
| Building Sq Ft: | MLS: 1,228 | State Use Description: | Single Family Resid-210 |
| Stories: | MLS: 2 | | |

## Estimated Value

| | | | |
|---|---|---|---|
| RealAVM™ (1): | $386,000 | Confidence Score (2): | 75 |
| RealAVM™ Range: | $366,700 - $405,300 | Forecast Standard Deviation (3): | 5 |
| Value As Of: | 06/03/2019 | | |

(1) RealAVM™ is a CoreLogic® derived value and should not be used in lieu of an appraisal.

(2) The Confidence Score is a measure of the extent to which sales data, property information, and comparable sales support the property valuation analysis process. The confidence score range is 60 - 100. Clear and consistent quality and quantity of data drive higher confidence scores while lower confidence scores indicate diversity in data, lower quality and quantity of data, and/or limited similarity of the subject property to comparable sales.

(3) The FSD denotes confidence in an AVM estimate and uses a consistent scale and meaning to generate a standardized confidence metric. The FSD is a statistic that measures the likely range or dispersion an AVM estimate will fall within, based on the consistency of the information available to the AVM at the time of estimation. The FSD can be used to create confidence that the true value has a statistical degree of certainty.

## Listing Information

| | | | |
|---|---|---|---|
| MLS Listing Number: | 4922837 | Original Listing Price: | $389,999 |
| MLS Status: | Active | Listing Agent Name: | 22734-John Lajara |
| Current Listing Price: | $389,999 | Listing Broker Name: | RE/MAX IN THE CITY |
| Days on Market: | 47 | | |

## Last Market Sale & Sales History

| | | | |
|---|---|---|---|
| Recording Date: | 03/25/2016 | Deed Type: | Quit Claim Deed |
| Settle Date: | 03/17/2016 | Owner Name: | Moreira Jairo |
| Sale Price: | $51,000 | Owner Name 2: | Moreira Andreia |
| Document Number: | 56073-3003 | Seller: | City Of Mount Vernon |

| Recording Date | 03/25/2016 | 11/30/2012 | |
|---|---|---|---|
| Sale/Settlement Date | 03/17/2016 | 11/16/2012 | 12/1971 |
| Sale Price | $51,000 | | |
| Nominal | | Y | |
| Buyer Name | Moreira Jairo & Andreia | City Of Mount Vernon Ny | Espada Haldon |

*Deceased 6/8/1989*

*Mayor Richard Thomas Quit Deeded My deceased Grand father property to the city illegal*

| Seller Name | City Of Mount Vernon | City Of Mount Vernon Ny | |
|---|---|---|---|
| Document Number | 56073-3003 | 52319-3563 | |
| Document Type | Quit Claim Deed | Foreclosure Deed | Deed (Reg) |

**Property Map**



\*Lot Dimensions are Estimated

**Courtesy of Andrew Harriott, Hudson Gateway MLS Inc**
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**

SURROGATE'S COURT OF THE STATE OF NEW YORK COUNTY OF

**FILED**
SURROGATE'S COURT

**JUN 2 8 2019**

**WESTCHESTER COUNTY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ADMINISTRATION PROCEEDING

Estate of *Haldon G Espada*

a/k/a *Nellie Espada*

Deceased.

WAIVER OF CITATION,
RENUNCIATION AND CONSENT TO
APPOINTMENT OF ADMINISTRATOR
(INDIVIDUAL)

File No. _2019-11094_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The undersigned, a distributee or creditor of the above named decedent and being of full age and sound mind hereby voluntarily appears in the Surrogate's Court of _Westchester_ County, New York and waives the issuance and service of citation in this matter, renounces all right to Letters of Administration of the above captioned estate and consents that

[ ] Letters of Administration

[ ] Letters of Administration with Limitations

[ ] Limited Letters of Administration

be issued to _Robert Michael Espada_

or any other person or persons entitled thereto without any notice whatsoever to the undersigned, and consents

[ ] that a bond be dispensed with and hereby specifically release any claim I might have under any bond that may be filed

[ ] that a bond in the amount of $_____ be posted.

_JUNE 19, 1919_     _Kathy Rushing_     _4320 Sunbeam Rd._     _Nephew_
        Date                    Signature                Street Address              Relationship

_Kathryn Rushing_ _Jax, FL 32257_
        Print Name               Town/State/Zip


_FLORIDA_

STATE OF NEW YORK — _DUVAL COUNTY_

COUNTY OF_____ ss.:

On _June 19_ ,20_19_ , before me personally appeared _Kathy Rushing_

_Personally_ _____ to me known and known to me to be the person described in and who executed the foregoing waiver and consent and each duly acknowledged the execution thereof.


_Paula Randall_
Notary Public

Commission Expires:

(Affix Stamp or Seal)

A-8

**PAULA RANDALL**
Commission # GG 219302
Expires August 13, 2022
Bonded Thru Budget Notary Services

Name of Attorney
_____

_____

Address
_____

Telephone Number
_____

*On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:*

**File #: 2019-1694**

Date of Death: **August 11, 2003**

Name of Decedent:    **Nellie Espada**

Domicile of Decedent:    **Mount Vernon, New York**

Fiduciary Appointed:    **Robert Michael Espada**
Mailing Address    1904 Watercrest Circle
Lawrenceville GA  30043

Letters Issued:    **LETTERS OF ADMINISTRATION**

Limitations:    **NONE**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

**Dated:  November 14, 2019**



IN TESTIMONY WHEREOF,    the seal of the Westchester County Surrogate's Court has been affixed.

WITNESS, Hon Brandon R. Sall, Judge of the Westchester County Surrogate's Court.

_____
Johanna K. O'Brien, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Westchester County Surrogate's Court*

At a Surrogate's Court of the State of New York held in and for the County of Westchester at White Plains, New York.

PRESENT: Hon. Brandon R. Sall, Surrogate

---

| Administration Proceeding, Estate of Nellie Espada | **DECREE GRANTING ADMINISTRATION** |
|---|---|
| | **File No. 2019-1694** |

Deceased.

---

A verified petition having been filed by Robert Michael Espada praying that administration of the goods, chattels and credits of the above-named decedent be granted to Robert Michael Espada and all persons named in such petition, required to be cited, having been cited to show cause why such relief should not be granted, have either failed to appear in response to a served citation or having waived the issuance of such citation and consented thereto; and it appearing that Robert Michael Espada is in all respects competent to act as administrator of the estate of said deceased; now it is

ORDERED AND DECREED, that Letters of Administration issue to Robert Michael Espada upon proper qualification and the filing of a bond be and hereby is dispensed with.

DATED: November 14, 2019

Brandon R. Sall
Surrogate



# Westchester County Surrogate's Court
## 111 Dr Martin Luther King Jr Blvd
## 19th Floor
## White Plains, NY 10601
## (914)824-5656  Fax: (914)358-8042

Brandon R. Sall
Surrogate

Johanna K. O'Brien
Chief Clerk

November 14, 2019

Robert Michael Espada
1904 Watercrest Circle
Lawrenceville GA  30043

Re: Estate Of Nellie Espada  File# 2019-1694

Dear Fiduciary:

The court has recently appointed you to act as a fiduciary for the estate of the decedent named above. This letter is not your "Letter of Appointment". It is sent to help you during this difficult time and to advise you of some of your obligations, some of which may have to be met within a limited period of time as prescribed by law.

You are to collect all of the assets of the estate and keep an accurate record of them, including any income received. It will also be necessary to keep an accurate record of all expenditures. You need to determine whether any estate taxes will be due, and if so, pay them on time. You may wish to seek professional advice with regard to these duties.

SCPA Section 710 provides in part: no fiduciary shall remove property of the estate from New York State without the prior approval of the Court and upon filing a bond if required.

An inventory of assets must be filed with the court within six months of the date of your appointment, or nine months from the date of death where an estate tax return will be filed.

The decedent's creditors have at least seven months to file claims for debts of the decedent. No distribution of assets should be made to beneficiaries until you have paid or set aside sufficient funds to pay administration expenses, taxes, and claims.

It may be necessary to file a personal income tax return for the decedent for the year in which he or she died. It also may be necessary or advisable for you to file fiduciary income tax returns for the estate and you may need to seek professional help in the preparation of income tax returns.

If limitations have been placed on your Letters, you must abide by those limitations or risk possible sanctions by the court.

The purpose of this letter is to acquaint you with some of your responsibilities as a fiduciary. Please consult with your attorney to ensure that you fulfill your obligations.

Very truly yours,

Johanna K. O'Brien
Chief Clerk

| The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document. |  |
|---|---|
| | *593223001DED003P* |

## Westchester County Recording & Endorsement Page

### Submitter Information

| Name: | Robert Espada | Phone: | 404-798-6938 |
|---|---|---|---|
| Address 1: | 440 Garden Ave. | Fax: | |
| Address 2: | | Email: | espadacynthia@gmail.com |
| City/State/Zip: | Mt.Vernon NY 10553 | Reference for Submitter: | Deed |

### Document Details

| Control Number: **593223001** | Document Type: **Deed (DED)** | |
|---|---|---|
| Package ID: 20191118000002001003 | Document Page Count: **9** | Total Page Count: **10** |

### Parties

☐ Additional Parties on Continuation page

| 1st PARTY | | 2nd PARTY | |
|---|---|---|---|
| 1: ESPADA ROBERT M | - Individual | 1: ESPADA ROBERT M | - Individual |
| 2: | | 2: ESPADA CYNTHIA L | - Individual |

### Property

☐ Additional Properties on Continuation page

| Street Address: 440 GARDEN AVE. | Tax Designation: 169.33-4071-9 |
|---|---|
| City/Town: MOUNT VERNON | Village: |

### Cross- References

☐ Additional Cross-Refs on Continuation page

| 1: | 2: | 3: | 4: |
|---|---|---|---|

### Supporting Documents

1: RP-5217        2: TP-584

| Recording Fees | | Mortgage Taxes | |
|---|---|---|---|
| Statutory Recording Fee: | $40.00 | Document Date: | |
| Page Fee: | $50.00 | Mortgage Amount: | |
| Cross-Reference Fee: | $0.00 | | |
| Mortgage Affidavit Filing Fee: | $0.00 | Basic: | $0.00 |
| RP-5217 Filing Fee: | $125.00 | Westchester: | $0.00 |
| TP-584 Filing Fee: | $5.00 | Additional: | $0.00 |
| | | MTA: | $0.00 |
| Total Recording Fees Paid: | **$220.00** | Special: | $0.00 |
| **Transfer Taxes** | | Yonkers: | $0.00 |
| Consideration: | $0.00 | Total Mortgage Tax: | **$0.00** |
| Transfer Tax: | $0.00 | | |
| Mansion Tax: | $0.00 | Dwelling Type: | Exempt: ☐ |
| Transfer Tax Number: | 7118 | Serial #: | |

| RECORDED IN THE OFFICE OF THE WESTCHESTER COUNTY CLERK | Record and Return To |
|---|---|
| Recorded: 12/26/2019 at 12:47 PM | ☐ Pick-up at County Clerk's office |
| Control Number: **593223001** | |
| Witness my hand and official seal | |
| Timothy C.Idoni | Robert & Cynthia Espada |
| Westchester County Clerk | 1904 watercrest circle |
| | lawrenceville, GA 30043 |
| | Attn: Robert & Cynthia Espada |

STATE OF NEW YORK, COUNTY OF WESTCHESTER SS., I, TIMOTHY C. IDONI, COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, COUNTY OF WESTCHESTER DO HEREBY CERTIFY THAT I HAVE COMPARED THIS COPY WITH THE ORIGINAL THEREOF RECORDED IN MY OFFICE ON 12/26/19 AND THAT THE SAME IS A CORRECT TRANSCRIPT THEREFROM AND OF THE WHOLE OF SUCH ORIGINAL. IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL. CERTIFIED ON 12/31/19   1 ¢, TOTAL PGS.

COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, WESTCHESTER COUNTY FEE PAID

## Quitclaim Deed

This indenture, made the _20th_ day of _November_ , _2019_ , between Robert Michael Espada, married, of 1904 Watercrest Circle Lawrenceville, Georgia 30043, party of the first part, and Robert Michael Espada, married, of 1904 Watercrest Circle Lawrenceville Georgia 30043, and Cynthia Lorraine Espada, married, of 1904 Watercrest Circle Lawrenceville, Georgia 30043, party of the second part:

Witnesseth, that the party of the first part, in consideration of 10.00 dollars, lawful money of the United States, paid by the party of the second part, does hereby remise and release, as well as quitclaim, unto Robert Michael Espada, married, of 1904 Watercrest Circle Lawrenceville Georgia 30043, and Cynthia Lorraine Espada, married, of 1904 Watercrest Circle Lawrenceville, Georgia 30043, and assigns forever, all of:

440 Garden Ave , Mount Vernon , New York and shown on the tax assessment map as lot 9, Block 4071, liber 7029 page 625.

together with the appurtenances and all the estate and rights of the party of the first part in and to said premises, previously referenced as follows: Book 7029, Page 625, Document No. 17742, of the recorder of Westchester County.

To have and to hold the premises herein granted unto the party of the second part, and assigns forever.

## Spousal Acknowledgement

I, Cynthia Lorraine Espada of 1904 Watercrest Circle Lawrenceville, Georgia 30043, spouse of Robert Michael Espada, in accordance with the above Quitclaim Deed, and in consideration of the above sum and other good and valuable consideration received, do hereby waive and release to the Grantee all rights of dower, curtesy, homestead, community property, and all other right, title and interest, if any, in and to the above property.

Spouse's Signature

STATE OF GEORGIA

COUNTY OF Gwinnett

This instrument was acknowledged before me, Julie A Mason, this 20 day of Nov., 2019 by Cynthia Lorraine Espada.

Notary Public for the State of Georgia

Seal:

## Grantor Acknowledgement

STATE OF GEORGIA

COUNTY OF *Gwennett*

This instrument was acknowledged before me, *Julie A Maso*, this *20* day of *Nov.* , *2019* by Robert Michael Espada.

*Julie a Maso*

Notary Public for the State of Georgia

Seal:

NEW YORK STATE UNIFORM ACKNOWLEDGMENT

State of ~~New York~~ Ga          }
                                  } ss.:
County of Gwennett

On the 12 day of December in the year 2019 before me, the undersigned, a Notary Public in and for said State, personally appeared Cynthia + Robert Espada personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed, the instrument.

(Signature of Notary)

*Robert M. Espada*

*Cynthia Leonar Espada*

"Signed or attested before me on
Dec 12, 2019

*Julie a Mason*

Julie A Mason
My Commission Expires
Notary
Public
July 24, 2020
Gwinnett County, Georgia

**Preparer**

This document prepared:

    1. [ ] under the supervision of the following New York attorney.
    OR
    2. [✓] by a party to this instrument whose name and address appear below.

Signature: _Cynthia E Epps_
Name: _Cynthia Epps_ Company/Firm: _____
Address: _1904 Watercrest Circle_
City: _Lawrenceville_ State: _Ga_ Zip: _30043_
Phone: _404-298-6938_

IN WITNESS WHEREOF this deed was executed by the Grantor on this _20th_ day of _November_, _2019_.

Signed in the presence of:

_DISMCL_
_witness_          _Robert M Espada_

Signature                          Robert Michael Espada

Name

(.002)    RECORD NO. **5904**    LOCAL REGISTRAR COPY
REGISTER NUMBER **455**

**NEW YORK STATE**
**DEPARTMENT OF HEALTH**
# CERTIFICATE OF DEATH

| 1. NAME: FIRST **Nellie** MIDDLE LAST **Espada** | 2. SEX: MALE ☐1 FEMALE ☒2 | 3A. DATE OF DEATH MONTH **08** DAY **11** YEAR **2003** | 3B. HOUR **8:32 a** m |

4A. PLACE OF DEATH. HOSPITAL (Check one) DOA ☐ ER ☒ HOSPITAL OUTPATIENT ☐ HOSPITAL INPATIENT ☐ NURSING HOME ☐ PRIVATE RESIDENCE ☐ HOSPICE FACILITY ☐ OTHER (Specify) ☐
4B. IF FACILITY, DATE ADMITTED: MONTH **08** DAY **11** YEAR **2003**

4C. NAME OF FACILITY: (If not facility, give address) **Sound Shore Medical Center**
4D. LOCALITY: (Check one and specify) CITY ☒ VILLAGE ☐ TOWN ☐ **New Rochelle**
4E. COUNTY OF DEATH: **Westchester**

4F. MEDICAL RECORD NO. **5664210**
4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) NO ☐ YES ☐

5. DATE OF BIRTH: MONTH **03** DAY **30** YEAR **1925**
6A. AGE IN YEARS: **78** yrs.
6B. IF UNDER 1 YEAR, ENTER: months / days
6C. IF UNDER 1 DAY, ENTER: hours / minutes
7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) **New York, New York**
7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH:

8. SERVED IN U.S. ARMED FORCES? (Specify years) NO ☒0 YES ☐1
9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latino A ☒ No, not Spanish/Hispanic/Latino  B ☐ Yes, Mexican, Mexican American, Chicano  C ☐ Yes, Puerto Rican  D ☐ Yes, Cuban  E ☐ Yes, Other Spanish/Hispanic/Latino (specify)
10. DECEDENT'S RACE: Check one or more races to indicate what the decedent considered himself or herself to be. A ☐ White/Caucasian  B ☒ Black or African American  C ☐ Asian Indian  D ☐ Chinese  E ☐ Filipino  F ☐ Japanese  G ☐ Korean  H ☐ Vietnamese  J ☐ Native Hawaiian  K ☐ Guamanian or Chamorro  M ☐ Samoan  N ☐ American Indian or Alaska Native (specify)  P ☐ Other Asian (specify)  R ☐ Other Pacific Islander (specify)  S ☐ Other (specify)

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death. 1 ☐ ≤ 8th grade  2 ☐ 9th-12th grade; no diploma  3 ☐ High school graduate or GED  4 ☒ Some college credit, but no degree  5 ☐ Associate's degree  6 ☐ Bachelor's degree  7 ☐ Master's degree  8 ☐ Doctorate/Professional degree

12. SOCIAL SECURITY NUMBER **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**
13. MARITAL STATUS: NEVER MARRIED ☐1 MARRIED ☐2 WIDOWED ☒3 DIVORCED ☐4 SEPARATED ☐5
14. SURVIVING SPOUSE: Enter name if married or separated. If surviving spouse is wife, enter maiden name.

15A. USUAL OCCUPATION: (Do not enter retired) **Registered Nurse**
15B. KIND OF BUSINESS OR INDUSTRY: **Health Care**
15C. NAME AND LOCALITY OF COMPANY OR FIRM:

16A. RESIDENCE: (State or Country if not USA) **New York**
16B. County or Region/Province if not USA: **Westchester**
16C. LOCALITY: (Check one and specify) CITY ☒ VILLAGE ☐ TOWN ☐ **Mt Vernon**
16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☒ YES ☐ NO  IF NO, SPECIFY TOWN:

16D. STREET AND NUMBER OF RESIDENCE **440 Garden Avenue**
16E. ZIP CODE: **10553**

17. NAME OF FATHER: FIRST **Erick** MI LAST **Linzey**
18. MAIDEN NAME OF MOTHER: FIRST **Amelia** MI LAST **Ford**

19A. NAME OF INFORMANT: **Kathryn Rushing**
19B. MAILING ADDRESS: (include zip code) **5959 Ft. Caroline Rd. #2308 Jacksonville FL 32277**

20A. ☒1 BURIAL  2 ☐ CREMATION  3 ☐ REMOVAL  4 ☐ HOLD  5 ☐ ANATOMICAL GIFT  MONTH **08** DAY **18** YEAR **2003**
20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION **Calverton National Cemetery**
20C. LOCATION: (City or town and state) **Calverton, New York**

21A. NAME AND ADDRESS OF FUNERAL HOME: **Granby's Funeral Service, Inc. 4021 White Plains Rd Bronx NY 10466**
21B. REGISTRATION NUMBER: **00712**

22A. NAME OF FUNERAL DIRECTOR: **Lamont S. Granby**
22B. SIGNATURE OF FUNERAL DIRECTOR: **Lamont S. Granby**
22C. REGISTRATION NUMBER: **02020**

23A. SIGNATURE OF REGISTRAR: **Rita O. Colangelo**
23B. DATE FILED: MONTH **08** DAY **18** YEAR **2003**
24A. BURIAL OR REMOVAL PERMIT ISSUED BY: **Rita O. Colangelo**
24B. DATE ISSUED: MONTH **08** DAY **18** YEAR **2003**

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN, CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

25A. CERTIFICATION - CHECK ONE: ☒ I am the attending physician or a physician acting on behalf of the attending physician and to the best of my knowledge, death occurred at the time, date and place and due to the causes stated. ☐ I am the medical examiner, deputy medical examiner, coroner, or coroner's physician and on the basis of investigation and such examinations as I felt necessary, in my opinion, death occurred at the time, date and place and due to the causes stated.

Name: **IGOR ISRAEL**  Title: **M.D.**  License No: **221146**  Signature: (signed)  MONTH **08** DAY **12** YEAR **2003**
Address: **166 Union Place New Rochelle NY 10803**

25B. If coroner, not a physician: Coroner's Physician's Name / Title / License No. / Signature / Month / Day / Year

25C. If certifier, not attending physician: Attending Physician's Name / Title / License No. / Address

26A. Attending physician attended deceased: FROM MONTH **04** DAY **10** YEAR **2003** TO MONTH **08** DAY **11** YEAR **2003**
26B. Deceased last seen alive by attending physician: MONTH **08** DAY **08** YEAR **2003**
26C. Pronounced Dead: ON MONTH **08** DAY **11** YEAR **2003** AT **8:36 P** 

27. MANNER OF DEATH: NATURAL CAUSE ☒1  ACCIDENT ☐2  HOMICIDE ☐3  SUICIDE ☐4  UNDETERMINED CIRCUMSTANCES ☐5  PENDING INVESTIGATION ☐6
28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? ☒0 NO  ☐1 YES
29A. AUTOPSY? NO ☒0  YES ☐1  REFUSED ☐2
29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? ☐0 NO  ☐1 YES

**CONFIDENTIAL**    SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH    **CONFIDENTIAL**

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)    APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART I. IMMEDIATE CAUSE:
(A) **CARDIOPULMONARY ARREST**
DUE TO OR AS A CONSEQUENCE OF:
(B) **ATHEROSCLEROTIC HEART DISEASE**
DUE TO OR AS A CONSEQUENCE OF:
(C)

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):
DID TOBACCO USE CONTRIBUTE TO DEATH? 0 ☐ NO  1 ☐ YES  2 ☐ PROBABLY  3 ☐ UNKNOWN

31A. IF INJURY, DATE: MONTH / DAY / YEAR  HOUR:  31B. INJURY LOCALITY: (City or town and county and state)  31C. DESCRIBE HOW INJURY OCCURRED:  31D. PLACE OF INJURY  31E. INJURY AT WORK? NO ☐0 YES ☐1

31F. IF TRANSPORTATION INJURY, SPECIFY: 1 ☐ Driver/Operator  2 ☐ Passenger  3 ☐ Pedestrian
32. WAS DECEDENT HOSPITALIZED IN NO / YES
33A. IF FEMALE: 0 ☐ Not pregnant within last year  1 ☐ Pregnant at time of death  2 ☐ Not pregnant, but pregnant within 42 days of death  3 ☐ Not pregnant, but pregnant 43 days to 1 year before death
33B. DATE OF DELIVERY: MONTH / DAY / YEAR

In Loving Memory of

**HALDON E. ESPADA**
**June 9, 1989**
**Funeral Service**
**at Granby Chapel**
**Monday, June 12 - 11 AM**
**Officiating**
**Rev. Jackqueline Bennett**
**Interment**
**Calverton National Cemetery**

*After Glow*

I'd like the memory of me
to be a happy one,
I'd like to leave an afterglow of smiles
when day is done.
I'd like to leave an echo whispering
softly down the ways,
Of happy times and laughing times and
bright and sunny days.
I'd like the tears of those who grieve,
to dry before the sun
Of happy memories that I leave
behind
When day is done.

**GRANBY'S FUNERAL SERVICE, Inc.**
**4021 White Plains Rd., Bronx, NY**
**(212) 519-6047    Res. (914) 235-3562**

Properties of jairo moreira control # for liens for lawsuit

| | 2nd | Massa Yoland a/adm | 2011/1 1/01 | DED | Mt. Verno n | 51293 3190 | N | Detail s | |
|---|---|---|---|---|---|---|---|---|---|
| Moreir a Jairo | | | | | | | | | |
| | 1st | Summ erfield Faith | 2015/0 9/01 | MTG | Mt. Verno n | 55195 3328 | N | Detail s | |
| Moreir a Jairo | | | | | | | | | |
| | 2nd | New Rochel le City Of | 2015/1 2/08 | DED | New Rochel le | 55320 3189 | N | Detail s | |
| Moreir a Jairo | | | | | | | | | |

Maureen walker

| | | 2nd | Scott Belle B/adm | 1994/0 3/14 | DED | Mt. Vernon | 10799/ 00103 | N | Details |
|---|---|---|---|---|---|---|---|---|---|
| | Walker Maure en | | | | | | | | |
| | Walker Maure en | 1st | Union State Bank | 1996/0 7/18 | MTG | Mt. Vernon | 21807/ 00297 | N | Details |
| | Walker Maure en | 1st | Emigra nt Savings Bank | 1988/0 2/02 | MTG | Mt. Vernon | 12003/ 00108 | Y | Details |
| | Walker Maure en | 2nd | Olsen Otto/e x | 1988/0 1/27 | DED | Mt. Vernon | 09096/ 00257 | N | Details |
| | Walker Maure en | 1st | Capital Resour ces Corp | 1993/0 1/27 | STM | Satisfa ctions | 02826/ 00267 | N | Details |
| | Walker Maure en | 1st | Capital Resour ces Corp | 1988/0 8/23 | MTG | Mt. Vernon | 12531/ 00207 | Y | Details |
| | | 1st | Union | 1999/0 | STM | Satisfa | 03997/ | N | Details |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Walker Maureen | | State Bank | 8/24 | | ctions | **00199** | | |
| ☒ | ☒ Walker Maureen | 1st | Hsbc Bank Usa | 2000/07/17 | MTG | Mt. Vernon | 401890 391 | Y | Details |
| ☒ | ☒ Walker Maureen | 1st | Stuart Albert | 2001/03/07 | DED | Mt. Vernon | 410330 258 | N | Details |
| ☒ | ☒ Walker Maureen | 1st | Emigrant Savings Bank | 2002/05/15 | STM | Miscellaneous | 421290 815 | N | Details |
| ☒ | ☒ Walker Maureen | 1st | Empire Of America Realty Credit Corp | 2008/06/06 | STM | Miscellaneous | 481500 419 | N | Details |
| ☒ | ☒ Walker Maureen | 1st | Rbs Citizens N A | 2010/11/22 | MTG | Mt. Vernon | 503133 055 | Y | Details |
| ☒ | ☒ Walker Maureen | 1st | Hsbc Bank Usa | 2012/05/21 | STM | Miscellaneous | 521313 591 | N | Details |
| ☒ | ☒ Walker Maureen | 1st | Mt Vernon New York City Of | 2015/11/13 | DED | Mt. Vernon | 552203 010 | N | Details |
| ☒ | ☒ Walker Maureen | 1st | Mt Vernon New York City Of | 2015/11/13 | DED | Mt. Vernon | 552183 881 | N | Details |
| ☒ | ☒ Walker Maureen | 1st | Ramos Luis F Jr | 2018/07/23 | DED | Mt. Vernon | 581983 690 | N | Details |
| ☒ | ☒ Walker Maureen | 1st | Rbs Citizens N A | 2018/08/07 | STM | Miscellaneous | 582123 032 | N | Details |

*Richard Thomas*

| | 1st | Peoples Westchester Savings Bank | 1982/04/22 | STM | Satisfactions | 01821/00245 | N | Details |
|---|---|---|---|---|---|---|---|---|
| ☒ Thomas Richard | | | | | | | | |
| 🔲 | ☒ Thomas Richard | 1st | Peoples Westchester Savings Bank | 1978/08/30 | MTG | Greenburgh | 07953/00309 | |

| | 1st | White Beatrice | 1972/03/20 | DED | Mt. Vernon | 07045/00669 |
|---|---|---|---|---|---|---|
| ☒Thomas Richard | | | | | | |

| | 1st | Perez Jose | 1982/03/29 | DED | Greenburgh | 07757/00716 |
|---|---|---|---|---|---|---|
| ☒Thomas Richard | | | | | | |

| | 2nd | Thomas Mary | 1978/08/08 | DED | Greenburgh | 07490/00275 |
|---|---|---|---|---|---|---|
| ☒Thomas Richard | | | | | | |

| | 2nd | Donofrio Amerino | 1982/07/22 | DED | Cortlandt | 07776/00395 |
|---|---|---|---|---|---|---|
| ☒Thomas Richard | | | | | | |

| | 2nd | Bueno Iris D L | 1991/10/09 | DED | New Rochelle | 10134/00075 |
|---|---|---|---|---|---|---|
| ☒Thomas Richard S | | | | | | |

| | 2nd | Carey & Walsh Inc | 1986/05/06 | DED | Mt. Pleasant | 08427/00224 |
|---|---|---|---|---|---|---|
| ☒Thomas Richard | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ Thomas Richard | 1st | | Sunny side Federal S&L Assn Of Irvingt on | 1986/0 5/06 | MTG | Mt. Pleasa nt | 09889/ **00345** | N | Details |
| 🗒 | ☒ Thomas Richar d | 1st | Empire Financ ial Corp | 1994/1 1/16 | STM | Satisfa ctions | 03289/ **00099** | N | Details |
| 🗒 | ☒ Thomas Richar d | 1st | Green point Bank | 1999/0 9/09 | DED | Mt. Verno n | 12366/ **00138** | N | Details |
| 🗒 | ☒ Thomas Richar d | 1st | Fleet Nation al Bank | 2002/0 7/09 | MTG | Cortla ndt | 42182 0195 | Y | Details |
| 🗒 | ☒ Thomas Richar d | 1st | Fleet Nation al Bank | 2004/0 1/07 | STM | Miscell aneou s | 43338 0086 | N | Details |
| 🗒 | ☒ Thoma son Richar d | 1st | Manha ttan Saving s Bank | 2005/0 3/25 | STM | Miscell aneou s | 45012 0345 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒Thomas Richard | 2nd | | Thomas Glynda R-Trustee | 2010/05/24 | DED | Mt. Pleasant | 501183046 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ Thoma s Richar d | 2nd | | Keatin g Brend a | 2015/0 2/13 | DED | Eastch ester | 55034 3361 | N | Details |
| 🗒 | ☒ Thoma s | 1st | Bd Mgr Of 64 | 2015/0 2/13 | PAT | Miscell aneou s | 55040 3276 | N | Details |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Richard | | Sagamore Rd Condo | | | | | | |
| | ☒ Thomas Richard | 1st | Hsbc Bank Usa Na | 2015/02/13 | MTG | Eastchester | 550403283 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ☒ Thomas Richard | 1st | Zohrabian Vahe | 2017/04/05 | DED | Eastchester | 570863229 | N | Details |
| | ☒ Thomas Richard | 1st | Mortgage Electronic Registration Systems Inc | 2017/04/07 | STM | Miscellaneous | 570963494 | N | Details |
| | ☒ Thomas Richard | 2nd | Lawrence Ruddick C Jr | 2017/05/11 | DED | Eastchester | 571213113 | N | Details |
| | ☒ Thomas Richard | 1st | Jpmorgan Chase Bank N A | 2017/05/11 | MTG | Eastchester | 571313187 | N | Details |
| | ☒ Thomas Richard | 2nd | Lawrence Ruddick C Jr | 2017/07/18 | DED | Eastchester | 571603113 | N | Details |
| | ☒ Thomas Richard | 1st | Jpmorgan Chase Bank Na | 2017/07/18 | MTG | Eastchester | 571793098 | N | Details |
| | ☒ Thomas Richard | 1st | Thomas Michele S | 2017/07/18 | PAT | Miscellaneous | 571793158 | N | Details |
| | ☒ Thomas | 2nd | Robinson | 2017/09/12 | DED | Mt. Verno | 572433669 | N | Details |

| | | | | | | n | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Richard | | Susan L | | | | | | |
| ☒ | ☒ Thomas Richard | 1st | Mortgage Electronic Registration Systems Inc | 2017/09/12 | MTG | Mt. Vernon | 57254 3551 | N | Details |
| ☒ | ☒ Thomas Richard | 1st | Reed Land Development Llc | 2017/09/13 | DED | Cortlandt | 57250 3332 | N | Details |
| ☒ | ☒ Thomas Richard | 1st | Nationstar Hecm Acquisition Trust 2017-2 | 2019/03/06 | DED | Mt. Vernon | 57209 3567 | | |

We are seeking help from the United States District Courts . My family constitutional rights have been violated by the City Officials of Mt. Vernon City Hall & Westchester County land Records .

After finally getting to the bottom of my Deceased grandmother estate we found that the city officials and the former mayor Richard Thomas did an unethical process and took our inheritance right from underneath us and tried to cover it up by using Illegal process and hiding it on unauthorized documents in order to avoid the correct process in order to make profit for their own personal gain using the city to their advantage.  Westchester county was very negligent in their process as making sure the process was correct by verifying the paperwork to make sure everything had a clear title and followed the chain . After extensive conversation with the city of mt.vernon it has come to my attention there is foul play and we still have not gotten any straight answers nor been shown affidavits of due process .

1.  No affidavit of death form
2.  No affidavit of warrant for eviction
3.  No affidavit of tax sale
4.  No affidavit of lateness on taxes of delinquency
5.  No affidavit of search from title company for heirs or family member
6.  No proof preliminary change of ownership report for all property transfer
7.  No affidavit from state court nor probate giving permission for sale of deceased property
8.  Failure to transfer tax after receiving documents for deed with probate from westchester county.
9.  No affidavit to remove deceased owner from original  joint deed
10. No affidavit showing permission to use interfamily quitclaim deed document to take property
11. No affidavit showing the mayor had permission to create a quitclaim deed to sell the property
12. No information still on the missing documents they claimed they are looking for pertaining to the house which was sold inside the city of Mt.Vernon.
13. No affidavit showing the family was properly notified.

The documents im providing will show how the city of mt.vernon just took the property using quitclaim deed and the sale of the house using a quitclaim deed created by the former mayor richard thomas. No mayor is supposed to have anything to do with houses and creating and signing deed to transfer property and filing it at the clerks office .

FROM:

Robert & Cynthia Espada
1904 Watercrest Circle
Lawrenceville, Ga 30043

  RECEIVED MAR - 0 2020 PRO SE OFFICE



U.S. POSTAGE PAID
FCM LG ENV
DULUTH, GA
30096
FEB 21, 20
AMOUNT
$6.95
R2303S102528-13

1028   10007

TO:

Pro Se Intake Unit
US District Court Rm 105
40 Foley Square
Ny. NY. 10007

**CERTIFIED MAIL**

7019 0700 0001 9204 3335

**Cushion Mailer**
**10 1/2" x 16"**

 Ready Post