UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MICHAEL ESPADA; CYNTHIA LORRAINE ESPADA, | |
| Plaintiffs, | 20-CV-2139 (CM) |
| -against- | ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |
| WESTCHESTER COUNTY, ET AL., | |
| Defendants. | |

COLLEEN McMAHON, Chief United States District Judge:

Plaintiffs bring this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiffs submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiffs must either pay the $400.00 in fees or each Plaintiff must complete and submit the attached IFP application. If Plaintiffs submit the IFP applications, these should be labeled with docket number 20-CV-2139 (CM). If the Court grants the IFP applications, Plaintiffs will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Clerk of Court is directed to mail a copy of this order to Plaintiffs and note service on the docket. No summons shall issue at this time. If Plaintiffs comply with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiffs fail to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: March 11, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge