UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MICHAEL ESPADA; CYNTHIA LORRAINE ESPADA,<br><br>                              Plaintiffs,<br><br>              -against-<br><br>WESTCHESTER COUNTY, ET AL.,<br><br>                              Defendants. | 20-CV-2139 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

By order dated March 11, 2020, the Court directed Plaintiffs, within thirty days, to pay the $400.00 in fees required to file a civil action in this Court, or submit completed requests to proceed *in forma pauperis* ("IFP applications"). That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not filed IFP applications or paid the fee. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff Cynthia Espada, who has not consented to electronic service, and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 14, 2020
         New York, New York

                                                          _____
                                                                COLLEEN McMAHON
                                                          Chief United States District Judge