UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT MICHAEL ESPADA; CYNTHIA LORRAINE ESPADA,

                        Plaintiffs,

              -against-

WESTCHESTER COUNTY, ET AL.,

                        Defendants.

20-CV-2139 (CM)

CIVIL JUDGMENT

---

Pursuant to the order issued April 14, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 14, 2020
          New York, New York

                                            COLLEEN McMAHON
                                       Chief United States District Judge